**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| VICTOR B. PERKINS,  )  | |
| )  | |
| Plaintiff,  )  | |
| )  | |
| v.  )  | Civil Action No. 19-1793 (UNA) |
| )  | |
| WILLIAM BARR, *et al.*,  )  | |
| )  | |
| Defendants.  )  | |
| )  | |

## <u>MEMORANDUM OPINION</u>

Plaintiff is a civil detainee in the custody of the Federal Bureau of Prisons. He demands his immediate release and, as "Financial Compensation for the . . . Wrongful Civil Commitment and Wrongful Imprisonment," Compl. at 4, an award of $5 million. The Court will grant Plaintiff's application to proceed *in forma pauperis* and dismiss the complaint for the same reasons set forth in *Perkins v. Ashcroft*, No. 17-cv-963 (D.D.C. June 16, 2017), *aff'd*, 708 F. App'x 694 (D.C. Cir. 2017) (per curiam).

An Order is issued separately.


DATE: April 15, 2020

/s/
AMY BERMAN JACKSON
United States District Judge